UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:09-cr-00410-KJD-PAL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO MODIFY CONDITIONS OF PROBATION** |
| JARDIEL MELENDEZ-MARTINEZ, | |
| Defendant.. | |

Based on the Unopposed Motion to Modify Conditions of Probation, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Mr. Martinez' conditions of probation are modified to permit him to travel to Rodeo Durango, Mexico from July 23, 2011, through July 31, 2011, with the following conditions: (1) Mr. Martinez will seek and obtain a travel voucher from the United States Probation Officer ("USPO"); (2) he will provide the USPO with an itinerary for his travels; (3) prior to departing, he will submit to drug testing as scheduled by the USPO; (4) upon arriving in Mexico, Mr. Martinez will contact his Probation Officer by telephone from a land line; (5) he will report to the USPO within 48 hours of returning from Mexico; (6) he will submit to a second drug test upon his return as scheduled by the USPO; and (7) while in Mexico, he will have no contact with the victim.

DATED:  July  1  , 2011.

_____
UNITED STATES DISTRICT JUDGE

4